UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
NOV 16 2006


******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 06-40047 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| MELANIE J. OLSON, | * | |
| Defendant. | * | |

******************************************************************

Pending before the Court is the Defendant's Motion to Seal, in which Defendant requests an Order allowing Defendant's Sentencing Memorandum and the four Exhibits attached be sealed, and after consideration of the same,

IT IS ORDERED:

1. That the Motion to Seal is granted and the Defendant's Sentencing Memorandum and the four Exhibits attached shall be sealed until further order of this Court.

Dated this 16th day of November, 2006.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: *Shelly Margulies*
DEPUTY